

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2015

No. 04-15-00152-CV

Mary **BARRERA**,
Appellant

v.

**HEB GROCERY COMPANY, LP**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14809
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Rhonda Hogan's notification of late reporter's record is hereby NOTED. The reporter's record is due on or before June 2, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court